UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

MANGO STAND, LLC.,

Defendant.

Case No. 2:21-cv-3731-JMA-ARL

---

1. **<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michelle Tenzer-Fuchs hereby dismisses all claims alleged in the case, *Tenzer-Fuchs v. Mango Stand, LLC.*, No. 2:21-cv-3731-JMA-ARL, without prejudice, and with each party bearing her and its own costs.

Dated:  December 12, 2021

Respectfully submitted,

/s/ Jonathan Shalom
Jonathan Shalom, Esq.
Shalom Law, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel.: (718) 971-9474

*Attorney for Plaintiff*

Case closed.
SO ORDERED
/s/ JMA, USDJ
12/13/2021